**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF CONTINUING ABATEMENT

Appellate case name:    Lee-Var, Inc. d/b/a Palmer of Texas Tanks, Inc. v. M-I Overseas Limited

Appellate case number:   01-17-00238-CV

Trial court case number:  2014-01813

Trial court:         333rd District Court of Harris County

On August 3, 2017, we granted the parties agreed motion to abate the appeal pending finalization of their settlement agreement and abated the appeal. And, we directed the parties to file a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the proceedings no later than September 18, 2017. The parties have not responded.

Accordingly, we direct the parties to file a motion to reinstate and dismiss the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the proceedings no later 14 days from the date of this order. **If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.**

The appeal remains abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature:  /s/ Terry Jennings
              ☒ Acting individually    ☐ Acting for the Court

Date:  October 19, 2017